**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-001189-REB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13714 POUDRE CANYON, BELLVUE, COLORADO, and
22301 NORTH COUNTY ROAD 27, BELLVUE, COLORADO,

    Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
13714 POUDRE CANYON, BELLVUE, COLORADO, ONLY**

**Blackburn, J.**

The matter before me is the government's **Unopposed Motion To Dismiss Only As To Defendant 13714 Poudre Canyon, Bellvue, Colorado** [#30] filed August 25, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that defendant 13714 Poudre Canyon, Bellvue, Colorado, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Only As To Defendant 13714 Poudre Canyon, Bellvue, Colorado** [#30] filed August 25, 2010, is **GRANTED**;

2. That defendant,13714 Poudre Canyon, Bellvue, Colorado, is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, 13714 Poudre Canyon, Bellvue, Colorado, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 25, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge