IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01189-REB-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

22301 NORTH COUNTY ROAD 27, BELLVUE, COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **United States Motion to Vacate and Reschedule Scheduling Conference** [docket no. 32, filed September 8, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 14, 2010, is **vacated and reset to October 25, 2010, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **October 18, 2010**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  September 8, 2010