IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01189-REB-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

22301 NORTH COUNTY ROAD 27, BELLVUE, COLORADO,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **United States Motion to Vacate Scheduling Conference and Notice of Verbal Settlement** [docket no. 40, filed October 18, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for **October 25, 2010**, is **VACATED**.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **November 22, 2010**, or a status report addressing why dismissal has not been accomplished.


DATED: October 18, 2010