**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-01189-REB-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

13714 POUDRE CANYON, BELLVUE, COLORADO, and

22301 NORTH COUNTY ROAD 27, BELLVUE, COLORADO,

        Defendants.
_____

**FINAL ORDER OF FORFEITURE AS TO $35,000.00 IN LIEU OF
DEFENDANT 22301 NORTH COUNTY ROAD 27, BELLVUE, COLORADO**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture as to $35,000.00 in lieu of defendant 22301 North County Road 27, Bellvue, Colorado, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States, claimant Farmer's Bank, and interested parties Robin Jones and Joy Hopley  have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant 22301 North County Road 27, Bellvue, Colorado have been filed;

THAT upon agreement of the parties, interested parties Robin Jones and Joy Hopley shall forfeit to the United States, $35,000.00 in readily available funds in lieu of defendant 22301 North County Road 27, Bellvue, Colorado;

THAT upon entry of Final Order of Forfeiture, defendant 22301 North County Road 27, Bellvue, Colorado shall be dismissed and a Release of Lis Pendens filed in the property records of Larimer County, Colorado;

THAT the United States has received $35,000.00 from Robin Jones; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the $35,000.00 paid by interested parties Robin Jones and Joy Hopley to the United States in lieu of forfeiture of defendant 22301 North County Road 27, Bellvue, Colorado, is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited $35,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT defendant 22301 North County Road 27, Bellvue, Colorado is hereby dismissed;

THAT the Clerk of Court is directed to enter Judgment of forfeiture of the $35,000.00 paid by Robin Jones in lieu of forfeiture of defendant 22301 North County Road 27, Bellvue, Colorado, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure; and

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, which this

Order constitutes, is granted as to defendant 22301 North County Road 27, Bellvue, Colorado.

Dated May 2, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge